IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAROLD GRAYSON,<br>    Plaintiff, | § § § | |
| v. | § | CASE NO. 4:22-CV-00186 |
| | § | |
| HARRIS COUNTY, TEXAS;<br>HARRIS COUNTY SHERIFF<br>ED GONZALEZ; AND<br>JERNARD A. SMITH,<br>    Defendants. | § § § § § | |

## PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff Harold Grayson and gives notice of his voluntary dismissal of his action in Case No. 4:22-CV-00186 in its entirety.

Plaintiff's dismissal is made pursuant to FED. R. CIV. P. 41(a).

                                                    Respectfully Submitted,

                                                    /s/F. Andino Reynal
                                                    F. Andino Reynal
                                                    Fertitta Reynal, LLP
                                                    State Bar No. 24060482
                                                    917 Franklin, 6th Floor
                                                    Houston, Texas 77002
                                                    Phone:  713.228.5900
                                                    Facsimile:  713.820.0681
                                                    areynal@frlaw.us

                                                    *Counsel for Harold Grayson*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2022, a true and correct copy of the foregoing notice was served pursuant to Federal Rules of Civil Procedure to:

<u>Attorney for Harris County and Harris County Sheriff Ed Gonzalez:</u>
Laura Beckman Hedge, Sr. Assistant County Attorney
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas. 77002
Laura.Hedge@cao.hctx.net

/s/F. Andino Reynal
F. Andino Reynal