UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HAROLD GRAYSON, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00186 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal. Doc. #20. It is hereby ordered that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

It is so ORDERED.

June 8, 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge